918

No. 87–359.  CITY OF NEW YORK ET AL. v. EASTWAY CONSTRUCTION CORP. ET AL.  C. A. 2d Cir.  Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–5327.  ROBBINS v. NORTH CAROLINA.  Sup. Ct. N. C.; No. 87–5364.  WATKINS v. ALABAMA.  Sup. Ct. Ala.; and No. 87–5448.  COLEMAN v. BASS, WARDEN.  Sup. Ct. Va. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

OCTOBER 30, 1987

No. A–334 (87–5699).  JONES v. BUTLER, WARDEN.  Sup. Ct. La.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay terminates automatically.  In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

NOVEMBER 2, 1987

No. 87–230.  BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. JORDAN ET AL.  Appeal from D. C. W. D. Okla. dismissed for want of jurisdiction.

No. 87–411.  CASILLAS ET AL. v. TEXAS.  Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 87–439.  ENCALADE ET AL. v. LOUISIANA.  Appeal from Ct. App. La., 4th Cir., dismissed for want of substantial federal question.